## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Equal Employment Opportunity Commission
                                    Plaintiff,

v.                                  Case No.: 1:09−cv−05637
                                    Honorable Ronald A. Guzman

Supervalu, Inc., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 28, 2010:

    MINUTE entry before Honorable Michael T. Mason: Motion hearing held. Plaintiff's Motion to Compel Defendants to Answer Interrogatory No. 13 of plaintiff's Third Set of Interrogatories and Request No. 18 of plaintiffs Third Set of Document Requests [54] is granted as follows. Defendants shall answer that interrogatory and produce documents responsive to that request by 10/12/10. Plaintiff's Motion to Compel Depositions Noticed Pursuant to Fed. R. Civ. P. 30(b)(6) [68] is granted as follows. Defendants shall designate and produce witnesses in accordance with Rule 30(b)(6) regarding Topic Numbers 2−5, 9, and 12−19 of plaintiff's deposition notice dated 8/24/10. Defendants need not answer plaintiff's Interrogatory No. 9 of its Second Set of Interrogatories, as that interrogatory seeks information duplicative of that sought in certain of the Topics above. Plaintiff reports that to date, it has identified 69 claimants for whom it seeks relief in this case. Plaintiff shall continue identifying claimants on a rolling basis, with all such claimants to be identified by 10/15/10. Within 14 days of plaintiff's identification of each claimant, plaintiff shall provide answers and documents responsive to defendants discovery requests related to that claimant. All discovery, fact and expert, shall close by 12/13/10. No further extensions of any of the above dates shall be granted. The status hearing set for 10/7/10 is stricken and re−set to 10/19/10 at 9:15 am.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.