## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
## Eastern Division

Equal Employment Opportunity Commission
                                          Plaintiff,

v.                                                                     Case No.: 1:09−cv−05637
                                                                     Honorable Ronald A. Guzman

Supervalu, Inc., et al.
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 5, 2011:

      MINUTE entry before Honorable Ronald A. Guzman: Status hearing held on 1/5/2011. Court approves proposed Consent Decree. Status hearing set for 5/6/2011 at 09:30 AM. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.