IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br>v.<br><br>SUPERVALU INC.,<br><br>AMERICAN DRUG STORES LLC,<br><br>JEWEL FOOD STORES, INC.,<br><br>        Defendants | CIVIL ACTION NO. 09-cv-5637<br><br>Judge: Ronald A. Guzman |

## ORDER OF APPROVAL
## OF ALLOCATION OF THE QUALIFIED SETTLEMENT FUND

1) This case was heard on May 6, 2011 on the continuation of the April 5, 2011 Motion for Approval of Allocation of the Qualified Settlement Fund. filed by the Equal Employment Opportunity Commission ("EEOC").

2) The Court was advised that EEOC had notified 111 claimants designated to receive funds pursuant to the Consent Decree of the recommended amounts of their awards, and that the claimants could present to this Court on May 6, 2011 at 9:30 a.m. any objections to their allocation.

3) This Court heard in open court on May 6, 2011 EEOC's explanation of factors considered in the various recommended awards, and also heard objections presented by claimants May Allen, Leon Klos, Jennifer Stein and Georgia Serras to their particular shares of the award.

WHEREFORE IT IS HERBY ORDERED THAT:

The EEOC's recommended Allocation of the Qualified Settlement Fund, attached hereto as Exhibit A, is hereby approved.

Enter:

May _9_, 2011

_/s/ Ronald A. Guzman_
Judge Ronald A. Guzman

Deborah Hamilton
Trial Attorney
Equal Employment Opportunity Commission
500 West Madison Street, Suite 2000
Chicago, Illinois 60661
(312) 869-8110

Stephanie L. Sweitzer
Morgan, Lewis & Bockius, LLP
77 West Wacker Drive
Chicago, IL 60601
(312) 324-1735
Fax: (312) 324-1001

# EXHIBIT A

First Name    Last Name    Amount

| | | |
|---|---|---|
| | Karen Albers | $31,128.40 |
| | | 1 |
| May Allen | | $68,482.48 |
| | | 2 |
| Sara Allen | | $18,677.04 |
| | | 3 |
| Janet Auker | | $18,677.04 |
| | | 4 |
| Leslie Balder | | $31,128.40 |
| | | 5 |
| Rosemary Bednarek | | $31,128.40 |
| | | 6 |
| Robert Blovas | | $37,354.08 |
| | | 7 |
| Rachelle Bost | | $31,128.40 |
| | | 8 |
| Rameki Boyd | | $31,128.40 |
| | | 9 |
| Dean Brandt | | $31,128.40 |
| | | 10 |
| Janet Bucchi | | $31,128.40 |
| | | 11 |
| Marie Burns | | $31,128.40 |
| | | 12 |