## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Equal Employment Opportunity Commission
                          Plaintiff,

v.                                         Case No.: 1:09−cv−05637
                                               Honorable Ronald A. Guzman

Supervalu, Inc., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2014:

      MINUTE entry before the Honorable Michael T. Mason: For the reasons explained more fully in the attached Report and Recommendation, the Court respectfully recommends that the District Court: grant the EEOC's motion finding the defendant in contempt for violating 5 of the Consent Decree [160]; impose sanctions on the company that are both compensatory and coercive in nature, as outlined in greater detail in the attached Report and Recommendation; extend the term of the Consent Decree for one year; appoint a special master (to be paid by the company) to ensure that the company's treatment of employees seeking to return to work after disability leave complies with the Consent Decree; and order the company to reimburse the EEOC for the reasonable fees and costs it incurred in bringing and pursuing the contempt motion. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the District Court. Magistrate Judge Mason no longer referred to the case. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.