# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> SUPERVALU, INC., AMERICAN DRUG STORES, LLC and JEWEL FOOD STORES, INC., <br><br> Defendants. | Case No. 1:09 CV 05637 <br><br> Judge Ronald A. Guzman <br><br> Magistrate Michael T. Mason |

## DEFENDANTS' MOTION TO WITHDRAW INDIVIDUAL COUNSEL BAYLES, CHRISTIANSEN-LAROCOO AND MILLER

Defendants Supervalu, Inc., Jewel Food Stores, Inc., and American Drug Stores, LLC (collectively the "Company"), by and through their attorneys and pursuant to Local Rule 83.17, hereby request leave of court for attorneys of record James E. Bayles, Jr., Stephanie M. Christiansen-LaRocco, and Ticole T. Miller, to withdraw their appearance in this matter. Mr. Bayles, Ms. Christiansen-LaRocco, and Ms. Miller no longer are employed by the law firm of Morgan, Lewis & Bockius LLP. The Company will continue to be represented by Thomas F. Hurka, Anne Marie Estevez and Stephanie L. Sweitzer of Morgan, Lewis & Bockius LLP. No deadlines scheduled by the Court will be adversely affected by this withdrawal and neither the Company nor the EEOC will be prejudiced by the withdrawal.

DB1/ 80072680.1

Dated: July 18, 2014    Respectfully submitted,

SUPERVALU, INC., AMERICAN DRUG
STORES, LLC and JEWEL FOOD
STORES, INC.

By: */s/ Stephanie L. Sweitzer*
    One of Their Attorneys

Thomas F. Hurka
Stephanie L. Sweitzer
MORGAN LEWIS & BOCKIUS, LLP
77 W. Wacker Dr., Fifth Floor
Chicago, IL 60601
312-324-1000

Anne Marie Estevez (*admitted pro hac vice*)
MORGAN LEWIS & BOCKIUS, LLP
200 South Biscayne Blvd.
Suite 5300
Miami, FL 33131
305-415-3000

*Attorneys for Defendants Supervalu, Inc., American Drug Stores, LLC and Jewel Food Stores, Inc.*

## **CERTIFICATE OF SERVICE**

I, Stephanie L. Sweitzer, an attorney, certify that on July 18, 2014, I electronically filed the foregoing Defendants' Motion to Withdraw Individual Counsel Bayles, Christiansen-LaRocco and Miller using the CM/ECF system, which in turn sent notification of such filing to the following persons:

Richard Mrizek
Deborah Hamilton
Ethan M. M. Cohen
Gregory M. Gochanour
Equal Employment Opportunity Commission
Chicago District Office
500 West Madison Street
Suite 2000
Chicago, IL 60661
312-353-7525
richard.mrizek@eeoc.gov
deborah.hamilton@eeoc.gov
ethan.cohen@eeoc.gov
gregory.gochanour@eeoc.gov

*/s/ Stephanie L. Sweitzer*