IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>SUPERVALU INC. a Delaware Corporation, and JEWEL-OSCO, an operating unit of SUPERVALU INC.,<br><br>        Defendants. | Case No. 1:09 CV 05637<br><br>Judge Ronald A. Guzman<br><br>Magistrate Judge Michael T. Mason |

**EEOC's Notice of Resolution of Award of Attorneys Fees and Costs**

Pursuant to the Court's Contempt Order of December 9, 2014, Defendants Supervalu, Inc., and Jewel-Osco (which are now owned by New Albertson's Inc.), are to pay EEOC's reasonable attorneys' fees and costs incurred in bringing and prosecuting the agency's contempt motion. In accord with the Court's order, EEOC submitted its proposed fees and costs to Defendants and the parties met and conferred regarding the proposal.

Per agreement of the parties, Defendants paid EEOC $400,000 for the agency's fees and costs. Thus, the matter of attorneys' fees and costs awarded under this Court's contempt order has been resolved. No further involvement of the Court will be necessary regarding determination of attorneys' fees and costs.

1

Dated: March5, 2015                          Respectfully submitted,

                                             *s/Richard J. Mrizek*

                                             Richard J. Mrizek
                                             Trial Attorney
                                             Deborah L. Hamilton
                                             Trial Attorney
                                             Ethan M. M. Cohen
                                             Trial Attorney
                                             U.S. Equal Employment Opportunity
                                             Commission
                                             500 W. Madison Street, Suite 2000
                                             Chicago, Illinois 60661
                                             312-869-8117

## <u>CERTIFICATE OF SERVICE</u>

I, Richard J. Mrizek, an attorney, hereby certify that I served a copy of the foregoing EEOC'S Notice of Resolution Attorneys Fees and Costson the following counsel of record for the Defendants on February 11, 2015, via CM/ECF:

Thomas F. Hurka (thurka@morganlewis.com)
Stephanie Sweitzer (ssweitzer@morganlewis.com)
Morgan., Lewis, & Bockius LLP
77 West Wacker Drive
Chicago, IL 60601

Anne Marie Estevez (admitted pro hac vice)
Morgan., Lewis, & Bockius LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131


/*s/ Richard J. Mrizek*
Richard J. Mrizek
U.S. Equal Employment Opportunity Commission
500 W. Madison St., Suite 2000
Chicago, IL 60661
(312) 869-8117